KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
JASON HICKS, ESQ.
Nevada Bar No. 13149
jh@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
400 S. 4th St., Suite 500
Las Vegas, Nevada 89101
Telephone: 702.793.4202
Facsimile: 702.793.4001

*Attorneys for Juan Almeda-Vasquez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>JUAN ALMEDA-VASQUEZ, a/k/a Everado Hernandez-Ulloa; a/k/a Bryan Estrada-Murillo; a/k/a Juan Carlos Azpeitia-Castillo; a/k/a Juanjo Cruz-Hernandez; a/k/a "Marco"<br><br>Defendant. | CASE NO.:   2:16-cr-0030-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING AND PROPOSED ORDER**<br><br>**(First request)** |

Defendant Juan Almeda-Vasquez, a/k/a Everado Hernandez-Ulloa ("defendant"), by and through his counsel of record, Kathleen Bliss, Esq., of Kathleen Bliss Law PLLC; and the United States of America, by and through Assistant United States Attorney Susan Cushman, hereby stipulate and request that the Court vacate defendant's sentencing hearing currently set for December 5, 2016, and continue it to a later time convenient to the Court, but not less than forty-five (45) days from the current setting. This stipulation is made and based upon the following:

1. On September 7, 2016, defendant entered a plea of guilty to counts one and three of the Indictment charging him with conspiracy to distribute and possess with intent to distribute at least 100 grams of a mixture and substance containing a detectable amount of heroin in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B)(i), and 846; and conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h). ECF

No. 117.

2. The plea agreement contemplates a two level reduction for a group plea (*Caro*). ECF No. 115 at p. 7.

3. Additional time is required in order to finalize the group plea amongst all co-defendants. Accordingly, counsel requests a continuance of at least forty-five (45) days.

4. Defendant is in custody pending sentencing, but does not object to this continuance.

5. The additional time requested by this stipulation is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule." Furthermore, a delay in sentencing does not implicate or undermine the defendant's speedy trial rights under the United States Constitution. *See Betterman v. Montana*, __ U.S. __, 136 S.Ct. 1609, 1617-1618 (2016).

6. This is the first request for a continuance of the sentencing. The additional time requested herein is not sought for purposes of delay.

7. Denial of this request for a continuance would deny counsel sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

Dated this 29th day of November 2016.

*/s/ Susan Cushman*  *Kathleen Bliss*
SUSAN CUSHMAN  KATHLEEN BLISS
Counsel for the United States  Counsel for Juan Almeda-Vasquez

## **ORDER**

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that defendant's sentencing hearing currently set for December 5, 2016, be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for January 23, 2017, at the hour of 11:00 a.m.

DATED this 29th day of November, 2016.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE